# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| WHITE TRANSFER AND STORAGE, CO., <br><br> Plaintiff, <br> v. <br><br> QBE AMERICAS, INC. AKA AND/OR DBA REGENT INSURANCE COMPANY, <br><br> Defendant. | Case No. _____ <br><br> Webster County District Court Case No. LACV321160 <br><br> **DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION AND LOCAL RULE 81 STATEMENT** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA, CENTRAL DIVISION**

Defendant QBE Americas, Inc. AKA and/or DBA Regent Insurance Company (hereinafter "Defendant"), for its Notice of Removal of this action to the United States District Court for the Northern District of Iowa, Central Division, under 28 U.S.C. § 1332 and 28 U.S.C. § 1441, states:

1. On April 7, 2020, Plaintiff White Transfer and Storage, Co. (hereinafter "Plaintiff"), filed a Petition in the Iowa District Court for Webster County, bearing case number LACV321160, asserting claims for bad faith in denying payment of an insurance claim and breach of contract under Iowa state law. A true and accurate copy of the Petition is attached hereto as Exhibit A.

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a)(1), a true and accurate copy of the Original Notice and Return of Service are attached hereto as Exhibit B and C.

3. On April 24, 2020, Plaintiff filed an Amended Petition at Law, alleging additional facts in support of their causes of action. A true and accurate copy of the Amended Petition is attached hereto as Exhibit D.

4. Defendants filed a Waiver and Acceptance of Service which is attached hereto as Exhibit E. Defendants have not filed an Answer and no further proceedings have been taken.

5. This Notice is timely filed pursuant to 28 U.S.C. § 1446(b) as Defendant was served with notice of this suit on April 16, 2020.

6. Plaintiff is an Iowa corporation authorized to do business in the State of Iowa, with its principal place of business located in Fort Dodge, Iowa.

7. Defendant is a Delaware Corporation authorized to conduct business in the State of Iowa.

8. Plaintiff alleges damages in excess of $75,000. *See* Exhibit A.

9. Thus, this Court has diversity jurisdiction under the diversity jurisdiction provisions of 28 U.S.C. § 1332, as Plaintiff alleges damages in excess of $75,000 and there is complete diversity between the parties.

10. Venue is in the United States District Court for the Northern District of Iowa Central Division pursuant to 28 U.S.C. § 1441(a) because the Northern District includes Webster County, Iowa.

11. Defendants are, therefore, entitled to remove this action pursuant to 28 U.S.C. 1441(a).

12. No previous application for relief sought herein has been made to this or any other Court.

13. Pursuant to Local Rule 81, Defendant states that the only matter currently pending is the state court matter removed by this Notice.

14. As required by 28 U.S.C. §1446(d), Defendants have provided written notice of the filing of this Notice of Removal to Mark Crimmins and Ryan Kehm, 706 First Avenue North, Fort Dodge, Iowa, crimminslaw@frontier.com, and a Notice of Removal will be filed with the Clerk of the State Court.

**WHEREFORE**, Defendant QBE Americas, Inc. AKA and/or DBA Regent Insurance Company gives notice that the above-entitled action now Pending in the Iowa District Court is removed to this Court.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By: */s/ Frank M. Swanson*
Sean M. O'Brien  AT0005874
Frank M. Swanson AT00140095
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Tel:  (515) 246-5828
Fax:  (515) 246-5808
E-Mail:  Obrien.sean@bradshawlaw.com
Swanson.frank@bradshawlaw.com

**ATTORNEYS FOR DEFENDANT**

Copy to:

Mark R. Crimmins
Ryan A. Kehm
Crimmins & Kehm Law Firm
706 First Avenue North
Fort Dodge, IA 50501
E-Mail: crimminslaw@frontier.com

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on May 5, 2020 by:

☐ U.S. Mail ☐ E-Mail
☐ Hand Delivered ☒ CM/ECF
☐ Federal Express ☐ Other_____

/s/ Donna Henkels