# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| WHITE TRANSFER AND STORAGE CO., <br><br> Plaintiff, <br> vs. <br><br> QBE AMERICAS, INC. d/b/a REGENT INSURANCE COMPANY, <br><br> Defendant. | No. 20-CV-3016-LRR <br><br> **ORDER** |

It has been brought to the court's attention that this matter has been settled by the parties and that no further proceedings are contemplated. Unless a stipulation of dismissal or request for an extension of time is filed by no later than thirty days from the date of this Order, this case will be dismissed with prejudice and all pending motions will be terminated.

**IT IS SO ORDERED**.

**DATED** this 11th day of December, 2020.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA