IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WHITE TRANSFER AND STORAGE CO., | |
| Plaintiff, | No. 3:20-cv-3016-LRR-MAR |
| vs. | NOTICE OF DISMISSAL |
| QBE AMERICAS, INC., | |
| Defendant. | |

This action will be dismissed pursuant to Local Rule 41(a)(4), a copy of which is attached, unless appropriate action is taken by or no later than January 26, 2021.

DATED: January 12, 2021

ROBERT L. PHELPS
Clerk of Court
U.S. District Court for the Northern District of Iowa

By: _____
Paul A. Coberly, Deputy Clerk